

# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Mar 26, 2026 9:30AM

ERIC ANTHONY DE LA ROSA
27527 JAYE VIEW
BOERNE, TX 78015

| Rcpt. No: 10644 | Trans. Date: Mar 26, 2026 9:30AM | | | Cashier ID: #VL (5472) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| MO | Money Order | #19815686486 | 03/15/2026 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments:** 5:26-CV-01942 ERIC ANTHONY DE LA ROSA

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov

SA26CA1942 OG MJ-ESC