Eric De La Rosa
27527 Sage View
Boerne, Tx 78015



SCREENED BY CSO
MAR 18 2026

U.S. District Clerks Office
262 West Nueva St Rm 1-400

San Antonio, Tx 78207

RECEIVED

MAR 18 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

SA26CA1942 OG MJ-ESC