**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ERIC ANTHONY DE LA ROSA,<br><br>Plaintiff,<br><br>v.<br><br>VBM ACQUISITION, LLC d/b/a<br><br>TOYOTA OF BOERNE,<br><br>Defendant. | Case No. 5:26-cv-01942-OLG-ESC |

**[PROPOSED ORDER GRANTING]**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**FIRST AMENDED CLASS ACTION COMPLAINT**

AND NOW, this _____ day of ___________, 2026, it is hereby ORDERED that Plaintiff's Motion for Leave to File First Amended Class Action Complaint is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall file Plaintiff's First Amended Class Action Complaint, attached to the Motion as Exhibit A, as the operative complaint in this action.

*BY THE COURT:*

_____________________________
, J.