IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERIC ANTHONY DE LA ROSA, | § | |
| | § | |
| *Plaintiff,* | § | SA-26-CV-01942-OLG |
| | § | |
| vs. | § | |
| | § | |
| VBM ACQUISITION, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

Before the Court in the above-styled cause of action is Plaintiff's Motion for Leave to File First Amended Class Action Complaint [#17], by which Plaintiff asks the Court for leave to file an amended pleading. The motion was timely filed under the governing Scheduling and complies with Local Rule CV-7(b) by attaching the proposed pleading to the motion. Defendant did not file a response to the motion, and the time to do so has expired. *See* W.D. Tex. Loc. R. CV-7(d). Accordingly, the Court will grant the motion as unopposed. *See id.*

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File First Amended Class Action Complaint [#17] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk docket the Amended Complaint attached to Plaintiff's motion [#17-2]. Defendant's deadline to file a responsive pleading to the Amended Complaint is governed by Rule 15(a)(3).

SIGNED this 16th day of November, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE