UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Mark Joseph Bovaird,<br>Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION 5:26-cv-03801-FB |
| GUADALUPE COUNTY, TEXAS, et al.<br>Defendants. | §<br>§<br>§ | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF THIS COURT:

Defendants Sheriff Joshua Ray, Robert Hernandez, Deputy Walter Wissel, Corporal Aaron Wieding-Brooks and Guadalupe County, Texas, ("Defendants") file this Answer and Jury Demand in response to Plaintiff's Original Complaint (Doc. No. 1). Defendants offer the following:

## I. ANSWER

1. Pursuant to Rule 8(b), Federal Rules of Civil Procedure, and for the express purpose of requiring Plaintiff to meet his burden of proof herein, Defendants deny each and every allegation contained in Plaintiff's Original Complaint except those expressly admitted herein.
2. Specifically, Defendants deny all allegations, if any, asserted in the Prisoner's Civil Rights Complaint form including but not limited to, whether Plaintiff exhausted grievance procedures (Section III), Statement of Claim – that "this action arises from repeated denial and delay of medical care, unsafe custodial practices, and unconstitutional conditions of confinement occurring at the Guadalupe County Adult Detention Center between July 2024 and July 2025" (Section V), and Relief – "compensatory damages, punitive damages, declaratory relief, costs, and all additional relief to which Plaintiff may be entitled" (Section

VI). With regards to allegations contained in Section IV, such paragraphs identifying the parties require no response from Defendants.

3. With regards to allegations contained in Paragraph No. 1 in the Introduction, Defendants deny any allegations, if any, asserted against them.

4. With regards to allegations contained in Paragraph Nos. 2 through 9 in the Introduction, Defendants deny all allegations asserted against them.

5. Defendants admit that venue is appropriate in the Western District, San Antonio Division. Defendants deny any remaining allegations, if any, asserted in Paragraph Nos. 10 through 12.

6. With regards to allegations contained in Paragraph Nos. 13 through 26, such paragraphs identifying the parties require no response from Defendants.

7. With regards to Paragraph No. 27, Plaintiff was transported with waist chains and ankle restraints.

8. With regards to Plaintiff's factual recitation of events during the "Transport Incident", Paragraph Nos. 28 through 51, Defendants deny the limited recitation of facts by Plaintiff as accurate representation of any transport to and from the Guadalupe County Adult Detention Center.

9. With regards to Plaintiff factual recitation of allegations concerning "Repeated Delays and Medication Problems", Paragraph Nos. 52 through 58, Defendants deny the limited recitation of facts by Plaintiff.

10. With regards to Plaintiff's factual recitation of events that purportedly occurred on "July 19, 2025 Slip Incident", Paragraph Nos. 59 through 81, Defendants deny the limited recitation of facts by Plaintiff.

11. With regards to Plaintiff's factual recitation of allegations concerning "Continuing Injuries and Damages", Paragraph Nos. 82 through 90, Defendants deny the limited recitation of facts by Plaintiff.

12. With regards to Plaintiff's factual recitation of allegations concerning "Customs, Practices and Policies", Paragraph Nos. 91 through 104, Defendants Guadalupe County, Sheriff Ray and/or Robert Hernandez deny the accuracy of Plaintiff's recitation of the policies and procedures at the Guadalupe County Adult Detention Center.

13. Defendants deny that Plaintiff has properly and timely exhausted his administrative remedies as alleged in Paragraph Nos. 105 through 108.

14. Defendants deny the entirety of the allegations in the Claims for Relief; Count I – Fourteenth Amendment (Unsafe Conditions of Confinement), Paragraph Nos. 109 through 115.

15. Defendants deny the entirety of the allegations in the Claims for Relief; Count II – Fourteenth Amendment (Deliberate Indifference to Serious Medical Needs), Paragraph Nos. 116 through 123.

16. Defendants deny the entirety of the allegations in the Claims for Relief; Count III – Eighth Amendment (Deliberate Indifference to Serious Medical Needs), Paragraph Nos. 124 through 131.

17. Defendant Guadalupe County denies the entirety of the allegations in the Claims for Relief; Count IV – *Monell* Liability (Customs, Policies, Practices and Failure to Train), Paragraph Nos. 132 through 137. As this Cause of Action makes no allegations against Defendants Sheriff Joshua Ray, Robert Hernandez, Deputy Walter Wissel, Corporal Aaron Wieding-Brooks, such paragraphs require no response from them. However, if any allegations are

determined to be asserted against Sheriff Joshua Ray, Robert Hernandez, Deputy Walter Wissel, Corporal Aaron Wieding-Brooks, they deny those allegations.

18. Defendants deny that Plaintiff is entitled to any relief in this case (Paragraphs No. 138 through 144 & Section VIII Prayer) including but not limited to the requested (1) compensatory damages (Paragraph No. 142); (2) punitive damages (Paragraph No. 143); and (3) pre-judgment interest, post-judgement interest, costs of court, and reasonable attorney's fees and costs (Paragraph No. 143). *See* Section VI, Damages & Section VIII, Prayer.

## II. AFFIRMATIVE DEFENSES

19. Defendants Ray, Hernandez, Wissel, and Wieding-Brooks asserts that they were engaged in the exercise of discretionary duties at all times relevant to this litigation, and were acting within the course and scope of their duties as employed by Guadalupe County, Texas, with objectively reasonable expectation that their conduct, if any, was reasonable, lawful and necessary in light of all attendant circumstances. As such, Defendants are entitled to assert the defense of qualified immunity.

20. Defendant Guadalupe County is not liable to Plaintiff because Plaintiff has not been injured as a result of any constitutionally defective policy or custom of Guadalupe County, Texas. Plaintiff has failed to identify a policy, practice, or custom that is the moving force behind any alleged constitutional right.

21. Defendants assert all privileges and immunities available under federal or state law regarding the limitation of damages, if any.

22. Defendants assert that Plaintiff's damages, if any, must be reduced by all applicable statutory caps.

23. Defendants reserve the right to assert any affirmative defenses, including those in Federal Rule of Civil Procedure 8(c), not currently known, which it may have or through discovery learn may be applicable.

## III. JURY DEMAND

Defendants respectfully demand a trial by jury in the foregoing cause of action.

## IV. PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants Sheriff Joshua Ray, Robert Hernandez, Deputy Walter Wissel, Corporal Aaron Wieding-Brooks and Guadalupe County, Texas pray that the Court deny Plaintiff all relief, dismiss Plaintiff's claims in their entirety, and for such other relief as the court deems just and proper.

Respectfully,

/s/ J. Eric Magee
J. Eric Magee
SBN: 24007515
e.magee@allison-bass.com
**ALLISON, BASS & MAGEE, LLP**
1301 Nueces Street, Suite 201
Austin, Texas 78701
512/482-0701
512/480-0902 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October 2026, I filed the foregoing with the Clerk of the Court and served Plaintiff, via Certified Mail Return Receipt Requested to the following:

Mark Joseph Bovaird
TDCJ #02581405
Guadalupe County Adult Detention Center
2617 N. Guadalupe St.
Seguin, TX 78155

/s/ J. Eric Magee
J. Eric Magee