**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

ERIC ANTHONY DE LA ROSA

vs. Case No.: 5:26-cv-01942

VBM ACQUISITION, LLC

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Anthony Paronich, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent ERIC ANTHONY DE LA ROSA in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Paronich Law, P.C. with offices at:

   Mailing address: 350 Lincoln Street, Suite 2400

   City, State, Zip Code: Hingham, MA 02043

   Telephone: (617) 485-0018 Facsimile: (508) 318-8100

2. Since 2010, Applicant has been and presently is a member of and in good standing with the Bar of the State of Massachusetts.

   Applicant's bar license number is 678437.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| Various | Various |
| | |
| | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 1:26-cv-00001-ADA on the 11 day of November, 2026.

Number: 1:25-cv-02001 on the 8 day of December, 2025.

Number: 1:25-cv-1950 on the 8 day of December, 2025.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Andrew Roman Perrong

Mailing address: 1669 Edgewood Road, Suite 218

City, State, Zip Code: Yardley, PA 19067

Telephone: 215-225-5529

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Anthony Paronich to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Anthony Paronich
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 18 day of NOVEMBER, 2026.

Anthony Paronich
[printed name of Applicant]

[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

ERIC ANTHONY DE LA ROSA

vs. Case No.: 5:26-cv-01942

VBM ACQUISITION, LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Anthony Paronich, counsel for ERIC ANTHONY DE LA ROSA, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Anthony Paronich may appear on behalf of ERIC ANTHONY DE LA ROSA in the above case.

IT IS FURTHER ORDERED that Anthony Paronich, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the ______ day of NOVEMBER, 20____.

______________________________

Please Choose Judge