IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERIC ANTHONY DE LA ROSA, | § | |
| | § | |
| *Plaintiff,* | § | SA-26-CV-01942-OLG |
| | § | |
| vs. | § | |
| | § | |
| VBM ACQUISITION, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

Before the Court is the Motion for Admission Pro Hac Vice [#20] filed by Anthony Paronich. According to the motion, this is Mr. Paronich's fourth application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for counsel if their practice in the Western District is limited to one or two cases, so long as the attorney has co-counsel admitted to practice in this District. Any additional requests require counsel to apply for admission to the Western District of Texas.

As this is Mr. Paronich's fourth application to appear *pro hac vice*, the Court will require him to apply for admission to the Western District of Texas. The Court will therefore conditionally grant Mr. Paronich's motion such that he may appear in this case *pro hac vice* while his application for admission is pending. Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice [#20] is **CONDITIONALLY GRANTED** such that Anthony Paronich may appear before this Court *pro hac vice* provided he applies for admission to the Western District of Texas and is admitted to practice in the Western District of Texas **within 180 days** from the date of this order. Should Mr. Paronich fail to comply with this Court's order, he will no longer be permitted to represent Plaintiff in this case. The Court further **ORDERS** counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

**IT IS FURTHER ORDERED** that Mr. Paronich register as an electronic filing user within ten (10) days of this Order, if he has not already done so.

SIGNED this 20th day of November, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE